UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - X

ANDREW WILLIAMS,

               Plaintiff,

- against -

THE CITY OF MOUNT VERNON, et al.,

               Defendants.

- - - - - - - - - - - - - - - - - - - - - X

ECF CASE

05 Civ. 8052 (WCC)

AMENDMENT
TO OPINION
AND ORDER

**CONNER, Sr. D.J.:**

The Opinion and Order, dated March 28, 2006, is hereby amended <u>nunc</u> <u>pro</u> <u>tunc</u> as follows:

→ Page 14 - Fifth line from bottom of page, which reads "likewise sufficient to support a claim." should read "likewise insufficient to support a claim."

→ Page 15 - Ninth line from bottom of page, which reads "To sustain a motion," should read "To survive a motion."

SO ORDERED.

Dated: White Plains, New York
       April 14, 2006

                                            _William C. Conner_
                                          Sr. United States District Judge

Copies E-Mailed to Counsel of Record